IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2800<br>1:17-md-2800-TWT<br><br>ALL CASES |

## ORDER

This is an MDL proceeding arising out of the Equifax data breach. It is before the Court on the Motion to Amend Order Granting Final Approval of Settlement by Mikell West [Doc. 969] which is GRANTED. An Amended Order will be filed.

SO ORDERED, this 17 day of March, 2020.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge